THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JESSE WALKER, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 11, 1920; decided November 16, 1920.)

APPEAL from a judgment of the Supreme Court, rendered March 25, 1920, at a Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of murder in the first degree.

*Joseph V. Gallagher* and *Daniel J. Griffin* for appellant.

*Harry E. Lewis,* District Attorney (*Ralph E. Hemstreet* and *Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.